RECEIVED
**UNITED STATES MARSHAL**

# UNITED STATES DISTRICT COURT 4:57 pm, Jun 09 2026
for the
Western District of North Carolina **WESTERN NORTH CAROLINA CHARLOTTE**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 0419 3:22CR00092- 001 |
| | ) | |
| | ) | |
| Oneil Douglas | ) | **FILED** |
| *Defendant* | ) | **Charlotte** |
| | | **06/12/2026** |

FILED
**Charlotte**
**06/12/2026**
U.S. District Court
Western District of N.C.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Oneil Douglas ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: June 9, 2026

City and state:     Charlotte, NC

David C. Keesler
United States Magistrate Judge

| Return |
|---|
| This warrant was received on *(date)* 6-9-26 , and the person was arrested on *(date)* 6-12-26 at *(city and state)* CHARLOTTE, NC . |
| Date: 6-12-26 |
| *Arresting officer's signature* |
| B. ROYALS , DUSM |
| *Printed name and title* |